IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM SHANE CANNON ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. 5:11-cv-8005-IPJ-TMP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

MEMORANDUM OPINION

On December 19, 2013, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2255 be denied as time-barred. The petitioner filed objections to the report and recommendations on January 6, 2014.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the court is of the opinion that the petitioner's objections are due to be and hereby are OVERRULED, the magistrate judge's report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby DENIED.

DATED this 25th day of February, 2014.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE